**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALONZO TREVON TALLEY,<br><br>        Petitioner,<br><br>     vs.<br><br>STU SHERMAN, Warden,<br><br>        Respondent. | Case No. CV 15-4893-VAP (JPR)<br><br>**J U D G M E N T** |

    Pursuant to the Order Summarily Dismissing Petition for Writ of Habeas Corpus, Administratively Closing Case, and Referring Petition to Ninth Circuit Court of Appeals,

    IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: July 21, 2015

*Virginia A. Phillips*

VIRGINIA A. PHILLIPS
U.S. DISTRICT JUDGE